[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-10697

_____

D.C. Docket No. 2:09-cv-00928-WKW-CSC


ALABAMA MUNICIPAL INSURANCE CORPORATION,
a corporation,

Plaintiff  - Counter Defendant - Appellant,

versus

ALLIANT INSURANCE SERVICES, INC.,
a corporation,
f.k.a. Driver Alliant Insurance Services,
f.k.a. Robert F. Driver Associates,

Defendant - Counter Claimant - Appellee.


_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

(June 10, 2013)

Before CARNES, WILSON, and EBEL,[*] Circuit Judges.

PER CURIAM:

Having carefully considered the record and the parties' briefs and having heard oral argument, we **AFFIRM** for substantially the reasons set out in the district court's well-reasoned memorandum opinion and order, <u>Ala. Mun. Ins. Co. v. Alliant Ins. Servs., Inc.</u>, 2012 WL 39950 (M.D. Ala. Jan. 9, 2012).

---

[*] Honorable David M. Ebel, United States Circuit Judge for the Tenth Circuit Court of Appeals, sitting by designation.